**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TIMOTHY WHITEHEAD,

    Petitioner,

-vs-                                                              Case No.  8:06-CV-1288-T-30TGW

JAMES R. McDONOUGH, et al,

    Respondents.
_____/

**ORDER**

    This matter is before the Court on Petitioner's "Motion for Stipulation of Dismissal" in which Petitioner moves the Court to voluntarily dismiss this action without prejudice (Dkt. 24).  Both Petitioner and counsel for Respondent have signed the motion and stipulated to dismissal of this action (Id. at 3).

    Rule 41 provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Rule 41(a)(1), Fed. R. Civ. P.  "Ordinarily, a Rule 41(a)(1) voluntary dismissal is effective immediately and requires no action by the district court."  *See University of So. Ala. v. The American Tobacco Co.*, 168 F.3d 405, 409 (11th Cir. 1999) (finding that a dismissal under Rule 41(a)(1) is generally self-executing).

    ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's "Motion for Stipulation of Dismissal" (Dkt. 24) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this cause of action is **DISMISSED** without prejudice.

2. Petitioner's previously filed "Motion for Stipulation of Dismissal" (Dkt. 23) is **DENIED** as moot.

3. The **Clerk of Court** shall enter judgment against Petitioner, terminate all pending motions, and close the case.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to:
Petitioner *pro se*
Counsel of Record